474

■

**UNITED STATES of America**
v.
**Ralph Michael LEPISCOPO, Appellant.**
No. 14723.

United States Court of Appeals
Third Circuit.

Argued April 5, 1965.

Decided April 9, 1965.

Certiorari Denied May 17, 1965.
See 85 S.Ct. 1541.

Lewis P. Mitrano, Philadelphia, Pa., for appellant.

Barry D. Maurer, Asst. U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before GANEY and FREEDMAN, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

An examination of the record reveals no error in the judgment reached in the District Court and, accordingly, this judgment will be affirmed.

■

**Maria JUNCO or Dona M. Junco, a/k/a Maria Paz Sacaluga, Petitioner,**
v.
**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**
No. 14998.

United States Court of Appeals
Third Circuit.

Argued March 19, 1965.

Decided April 12, 1965.

Robert Goodman, Paterson, N. J., for petitioner.

Merna B. Marshall, Asst. U. S. Atty., Philadelphia, Pa., for respondent.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The decision of the administrative agency that petitioner should be deported was based on reasonable, substantial and probative evidence; it was neither arbitrary, capricious nor violative of procedural due process. The decision will be affirmed. Bufalino v. Holland, 277 F.2d 270 (3 Cir. 1960), cert. den. 364 U.S. 863, 81 S.Ct. 103, 5 L.Ed.2d 85 (1960).

■

**William Grant TEMPLE, Appellant,**
v.
**Robert PERGAMENT.**
No. 15166.

United States Court of Appeals
Third Circuit.

Submitted March 29, 1965.

Decided April 15, 1965.

William Grant Temple, Pro se.

Murray Fredericks, City Sol., Atlantic City, N. J. (Chaim H. Sandler, Associate City Sol., Atlantic City, N. J., on the brief), for appellee.

Before HASTIE and FREEDMAN, Circuit Judges, and WEBER, District Judge.

PER CURIAM:

The judgment of the district court dismissing this action as failing to state a federal cause of action against the defendant Pergament was legally correct and will be affirmed.